UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                                      Chapter 11

    Larry Garcia

                                                       Case No. 12-22466 (RDD)

                      Debtor(s).
-----------------------------------------------------------x

## LOSS MITIGATION REQUEST – BY THE DEBTOR

I am a Debtor[1] in this case. I hereby request Loss Mitigation with respect to *127 Rolling Hills Road, Thornwood, New York, 10594 with secured creditor, Seterus c/o Rosicki, Rosicki & Associates, P.C., 51 E. Bethpage Road, Plainview, New York, 11803 (Tel: 516-741-2585), under Loan Account No. *4642*.

**SIGNATURE**

I have reviewed the Loss Mitigation Program Procedures, and I understand that if the Court orders Loss Mitigation in this case, I will be bound by the Loss Mitigation Program Procedures. I agree to comply with the Loss Mitigation Program Procedures, and I will participate in Loss Mitigation in good faith. I understand that Loss Mitigation is voluntary for all parties, and that I am not required to enter into any agreement or settlement with any other party as part of this Loss Mitigation. I also understand that no other party is required to enter into any agreement or settlement with me. I understand that **I am not required to request dismissal of this case** as part of any resolution or settlement that is offered or agreed to during the Loss Mitigation period.

The Debtor hereby permits the Creditor listed above to contact (check all that apply):

    ☐ The Debtor directly.
    [X] Debtor's bankruptcy counsel.
    ☐ Other: _____.

Sign: *[signature]*                              Date: April 26, 2016
Print Name:                                             Wanda Borges, c/o Borges & Associates, LLC
Telephone Number:                         516-677-8200, ext. 225
E-mail address (if any):                   wborges@borgeslawllc.com

---

[1] Unless otherwise provided herein, all capitalized terms are defined in the Southern District of New York's Loss Mitigation Program Procedures. The Loss Mitigation Program Procedures' definition of "Debtor" includes joint debtors.