**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>**LARRY GARCIA,**<br><br>**Debtor.** | Chapter 11<br><br>Case No. 16-22466 (RDD) |

**AMENDED CERTIFICATE OF SERVICE**

      I hereby certify that on May 24, 2017 a copy of the foregoing: **(1) Amended Schedule D (2) Exhibit I to Disclosure Statement- Contract of Sale of Real Property between Larry Garcia and Matthew and Keri-Lynn Kiamie** were served upon the parties by first-class mail, electronic mail, or through ECF for parties who receive ECF notifications as follows:

Attn: Andrew Goldberg, Esq. (via ECF)
Rosicki, Rosicki & Associates, P.C.
51 E. Bethpage Road
Plainview, NY 11803
*Attorneys for Seterus*

Attn: Robert Griswold, Esq. (via ECF)
Shapiro, DiCaro & Barak, LLC
One Huntington Quadrangle, Suite 3N05
Melville, NY 11747
*Attorneys for Chase*

Larry Garcia (by Electronic Mail)
127 Rolling Hills Road
Thornwood, NY 10594

Attn: Susan Arbeit, Esq. (by First-Class Mail)
Office of the United States Trustee
201 Varick Street, Room 1006
New York, NY 10014

American Express Centurion Bank(by First-Class Mail)
4315 South 2700 West
Salt Lake City, UT 84184

Westmed Medical(by First-Class Mail)
PO Box 417146
Boston, MA 02241

Capital One Bank USA N A(by First-Class Mail)
4851 Cox Rd
Glen Allen, VA 23060

Capital One Bank USA N A(by First-Class Mail)
15000 Capital One Dr
Richmond, VA 23238

Credit One Bank(by First-Class Mail)
PO Box 98873
Las Vegas, NV 89193

First Fin Inv Fund V LLC aka First FinancialAsset Mgmt (by First-Class Mail)
2700 N. 3rd Street, Suite 1002
Phoenix, AZ 85004-1111

Marta Garcia, Apt. B2(by First-Class Mail)
140 North Broadway
Irvington, NY 10533

Midland Funding LLC(by First-Class Mail)
8875 Aero Dr Ste #200
San Diego, CA 92123

Rye Radiology(by First-Class Mail)  FIA Card Services N A(by First-Class Mail)
30 Rye Ridge Plaza   655 Papermill Rd
Rye Brook, NY 10573  Newark, DE 19711

By: */s/ Sue Liu Chin*
 Wanda Borges, Esq.
 Sue Liu Chin, Esq.
 BORGES & ASSOCIATES, LLC
 575 Underhill Blvd., Suite 118
 Syosset, New York 11791
 Tel: (516) 677-8200 x224
 Fax: (516) 677-0806
 schin@borgeslawllc.com